# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  April 6, 2022              Judge:  Honorable Charles R. Breyer

Court Reporter: Ana Dub  
Time: 9 Minutes  
Case No.: CR22-0036-1 CRB  
Case Name:  USA v. Juli Mazi (Present) (NC)

Attorney(s) for Government: Katherine Lloyd-Lovett and Sridhar Kaza  
Attorney(s) for Defendant(s): Philip Schnayerson  
Interpreter: N/A

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held by Zoom.  Due to the Covid19 pandemic, all parties consent to proceed by video conference. The defendant was sworn.  Plea Agreement provided to the Court. Defendant plead guilty to Count 1 and 2 of the Indictment.  Sentencing hearing set for July 29, 2022 at 10:00 a.m.