| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | KATHERINE M. LLOYD-LOVETT (CABN 276256)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 8 | Katherine.lloyd-lovett@usdoj.gov |
| 9 | JOSEPH S. BEEMSTERBOER<br>Acting Chief, Fraud Section |
| 10 | JACOB FOSTER<br>Assistant Chief, Fraud Section |
| 11 | |
| 12 | S. BABU KAZA (INBN 23454-71)<br>Trial Attorney, Fraud Section<br>U.S. Department of Justice |
| 13 | |
| 14 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 22-0036 CRB |
| | ) | [FILED FEBRUARY 2, 2022] |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JULI MAZI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF RELATED CASES
U.S. v. MAZI; US v. JANSEN

v. 7/10/2018

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR 22-00165 WHO |
| | ) | [FILED APRIL 19, 2022] |
| 2 | Plaintiff, ) | |
| | ) | NOTICE OF RELATED CASE IN A CRIMINAL |
| 3 | v. ) | ACTION |
| | ) | |
| 4 | JAIMI JANSEN, ) | |
| | ) | |
| 5 | Defendant. ) | |
| | ) | |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The defendant in the newly-charged matter, Jaimi Jansen, is alleged to have served as a distributor for Juli Mazi, the defendant charged in the earlier-charged matter, and to have aided and abetted Mazi's false statements related to health care matters. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: April 19, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Katherine M. Lloyd-Lovett*
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney