1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Katherine.lloyd-lovett@usdoj.gov
8
   JOSEPH S. BEEMSTERBOER
9  Acting Chief, Fraud Section

10 JACOB FOSTER
   Assistant Chief, Fraud Section
11
   S. BABU KAZA (INBN 23454-71)
12 Trial Attorney, Fraud Section
   U.S. Department of Justice
13
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-0036 CRB |
| Plaintiff, | [FILED FEBRUARY 2, 2022] |
| v. | |
| JULI MAZI, | |
| Defendant. | |

NOTICE OF RELATED CASES
U.S. v. MAZI; US v. COSTANZA                                                                                           v. 7/10/2018

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA, ) NO. CR 22-0155 VC |
| 2 | ) [FILED APRIL 13, 2022] |
| | Plaintiff, ) |
| 3 | ) NOTICE OF RELATED CASE IN A CRIMINAL |
| | v. ) ACTION |
| 4 | ) |
| | JASON DEAN COSTANZA, ) |
| 5 | ) |
| | Defendant. ) |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The defendant in the newly-charged matter, Jason Dean Costanza, is alleged to have conspired with Juli Mazi, the defendant in the earlier-charged matter, to offer and sell products known as "homeoprophylaxis immunizations" and to provide customers with false and fraudulent Centers for Disease Control and Prevention COVID-19 vaccination record cards. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: April 20, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Katherine M. Lloyd-Lovett*
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney