**June 3, 2022**

**Attn: To Whom It May Concern**

# Affidavit of Instruction



Hello, my name is Juli Mazi. Attached to this letter are facts of the court to be reviewed and examined pertaining to my case, case # 3:21-71156-MAG.   I have acquired additional consul to help me better understand my rights.

Juli Mazi



FILED
JUN 03 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

June 3, 2022

Attn: To Whom It May Concern

# Affidavit of Instruction

Hello, my name is Juli Mazi. Attached to this letter are facts of the court to be reviewed and examined pertaining to my case, case # 3:21-71156-MAG. I have acquired additional consul to help me better understand my rights.

Juli Mazi

RECEIVED
2022 JUN -3 P 3:54
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

**Dr. Juli Mazi**
http://DrJuliMazi.com
707-401-2277

## AFFIDAVIT OF DATE OF LOSS

On June 13, 2021, my daughter and I woke up to this banging sound. I yelled through the thin walls of our apartment to my daughter and asked if she knew what was going on, and she said, "No." I told her to stay in bed, and I went downstairs groggy & in my pajamas to find about 25 Federal Agents, many with guns pointed at me, yelling for me to put my hands up and come downstairs. The Federal Agents put me in handcuffs and raided my home and office. They arrested me in my pajamas, took me out into the parking lot of my apartment complex, for all my neighbors to see, and while I was there, I heard them grappling with my dog. They were able to put my dog in his crate, but the sounds from my dog were terrifying. Media was already on the scene, while the Feds took me to jail in my pajamas and flip flops. I was taken to jail without being asked if I needed any phone numbers from my cell phone, before they had confiscated it.

Dr. Juli Mazi, N.D.  
http://DrJuliMazi.com  
707-401-2177

P.1

## AFFIDAVIT OF DATE OF LOSS

On June 13, 2021, my daughter and I woke up to this banging sound. I yelled through the thin walls of our apartment to my daughter and asked if she heard what was going on, and she said, "No." I told her to stay in bed, and I went downstairs, groggy, & in my pajamas to find about 25 Federal Agents, many with guns, pointed at me, yelling for me to put my hands up and came downstairs. The Federal Agents put me in handcuffs and raided my home and office. They arrested me in my pajamas, took me out into the parking lot of my apartment complex, for all my neighbors to see, and while I was there, I asked them grappling with my dog. They were able to put my dog in his crate, but the sounds from my dog were terrifying. Medea was already on the scene, while the Feds took me to jail in my pajamas and someone else's shoes. I was taken to jail without being asked if I needed any phone numbers from my cell phone, before they confiscated it.

RECEIVED  
2022 JUN -3 P 3:54  
CLERK, US DISTRICT COURT  
NO. DIST. OF CA.



**Dr. Juli Mazi**
http://DrJuliMazi.com
707-401-2277

Luckily, my 16-year-old daughter was picked up and taken somewhere safe, otherwise, she would have been taken immediately to foster care. I was in jail for almost 48 hours, and it was one of the worst experiences of my life.

Meanwhile, the media had absolutely slandered me, and they continue to do so. I have been made the poster-child of this Landmark Case. A Landmark Case has several qualities: 1) It is the first of its kind, 2) The person is usually exploited and made an example of, 3) It usually ends in the worst punishment of any case like it to follow. The media reports me as a con-artist, who has taken advantage of scared and vulnerable people, convincing them to use this method over vaccines, while basically selling them snake oil and making millions. The media calls me, "a threat to society." If you search the internet, you'll find over 20 Google pages of these slanderous articles, translated into 6 different languages: please Google, "Dr. Juli Mazi," to see these

Dr. Juli Mazi, N.D.

Dr. Juli Mazi
http://DrJuliMazi.com
707-407-2177

p. 2

Lastly, my 16-year-old daughter was picked up and taken somewhere safe, otherwise she would have been taken immediately to foster care. I was in jail for almost 48 hours, and it was one of the worst experiences of my life.

Meanwhile, the media had executed, slandered me, and they continue to do so. I have been made the poster-child of this Landmark case. A Landmark case has several qualities: 1) It is the first of its kind, 2) The precedent is usually exploited and made an example of, 3) It usually ends in the worst punishment of any case like it to follow. The media regrets are as co-defendants, who was taken advantage of, scared and vulnerable people, convincing them to use this method over vaccines, while basically selling them snake oil and making millions. The media catches a threat to society. If you search the internet, you'll find over 25 pages of these slanderous articles, transplated into 16 different languages. Please Google "Dr. Juli Mazi" to see these.

RECEIVED
2022 JUN -3 P 3: 54
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

**Dr. Juli Mazi** N.D.
http://DrJuliMazi.com
707-401-2277

articles for yourself. My case has made all of the big television networks. I have received hundreds of messages of hate mail and several death threats. Although I have full custody of my daughter and she has lived with me full time her whole life, she decided to go live with her father in Oregon out of fear, so she wouldn't be forced to be vaccinated.

I have had to move in with family, just to get back on my feet. I have lost everything, my practice is virtually non-existent, and many of the businesses, on which my business relies, have terminated me. I have been ostracized by most of my friends, family, colleagues and patients. It has been one devastation after the next, but still I fight.

Signed Dr. Juli Mazi

Dr. Juli Mazi  
http://DrJuliMazi.com  
707-409-2271



particles for yourself. My case has made all of the big television networks. I have received hundreds of messages of hate mail and serious death threats. Although I have full custody of my daughter, and she has lived with me full time her whole life, she decided to go live with her father in Oregon out of fear, so she wouldn't be forced to be vaccinated.

I have had to move in with family, just to get back on my feet. I have lost everything, my practice is virtually non-existent, and many of the businesses on which my business relies, have terminated me. I have been ostracized by most of my friends, family, colleagues and patients. It was been one devastation after the next, but still I fight.

Signed Dr. Juli Mazi

RECEIVED  
2022 JUN -3 P 3:54  
CLERK, US DISTRICT COURT  
NO. DIST. OF CA.

# AFFIDAVIT

June 2, 2022

Know All Men By These Presents: That I, Juli House Of Mazi hereby Make, Constitute and Appoint JULI MAZI, The Debtor, Corporate Entity, and 'ens legis' To :Wind-Cloud:, As My Durable-Power-of-Attorney-in-Fact over JULI MAZI, JULI MAZI ESTATE and All Derivatives of such in my Corporate Capacity (LLC), Place and Stead and for My Personal and Commercial Use and Benefit. Giving and Granting unto said Legal-Counsel Full power and Authority to Do and Perform All and Every Act and Thing Whatsoever Requisite, Necessary or Appropriate to be Done In and About All Matters as Fully to All Intense and Purposes as I Might or Could Do if I was Personally Present, and hereby Ratifying all that my Legal-Counsel Shall Lawfully Do or Cause to be Done by Virtue of These Presents Until Further Notice.

JULI MAZI

*JULI MAZI* (signature)

JULI MAZI

By:  (signature)

:Juli: House Of Mazi
Oceti Sakowin Confederation : Turtle Island Exchange
Executive Order 13175, 28 U.S.C. 450n
Hecetuwelo – My Voice and Will Has Spoken



# AFFIDAVIT

June 2, 2022

Know All Men By These Presents: That I, Juli House Of Mazi hereby Make, Constitute and Appoint JULI MAZI, The Debtor, Corporate Entity, and "ens legis", To :Wind-Cloud:, As My Durable-Power-of-Attorney-in-Fact over JULI MAZI, JULI MAZI ESTATE and All Derivatives of such in my Corporate Capacity (LLC), Place and Stead and for My Personal and Commercial Use and Benefit. Giving and Granting unto said Legal-Counsel Full power and Authority to Do and Perform All and Every Act and Thing Whatsoever Requisite, Necessary or Appropriate to be Done in and About All Matters as Fully to All Intense and Purposes as I Might or Could Do if I was Personally Present, and hereby Ratifying all that my Legal-Counsel Shall Lawfully Do or Cause to be Done by Virtue of These Presents Until Further Notice.

_____  JULI MAZI

JULI MAZI

By: _____

:Juli: House Of :Mazi:
Oceti Sakowin Confederation : Turtle Island Exchange
Executive Order 13818
Hecetuwelo – My voice and will has spoken.

RECEIVED
2022 JUN -3 P 3: 54
NO. DIST. OF CA.
CLERK, US DISTRICT COURT

