STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Katherine.Lloyd-Lovett@usdoj.gov

LORINDA I. LARYEA
Acting Chief, Fraud Section

S. BABU KAZA
Trial Attorney, Fraud Section
U.S. Department of Justice

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-0036 CRB |
| Plaintiff, | DECLARATION OF TRIAL ATTORNEY S. BABU KAZA IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA |
| v. | |
| JULI MAZI, | |
| Defendant. | |

I, S. Babu Kaza, declare as follows:

1. I am a Trial Attorney with the Criminal Division, Fraud Section. I am assigned to the prosecution of the above-referenced case. I make this declaration in support of United States' Opposition to Defendant's Motion for Withdrawal of Guilty Plea.

2. The defendant engaged in two complex proffer sessions with the prosecution, wherein she fully explained her scheme to fabricate fake vaccination cards, and identified records and receipts

relevant to the offense.  The first proffer session occurred on October 27, 2021, and was approximately two hours in length.  The second proffer session was on April 6, 2022, and was approximately one hour in length.  The defendant did not display or express any indications of coercion or lack of mental responsibility.

3. The defendant, through her counsel, made specific efforts to communicate to the prosecution that she was devoting an extensive number of hours to gather evidence of her criminal conduct.  Specifically, on or about January 20, 2022, the defendant communicated that she had spent 72 hours reviewing customer records and receipts, and preparing a spreadsheet of her data.  On April 5, 2022, the defendant indicated that, pursuant to a request from the prosecution, she spent 6 hours compiling email communications between herself and her office manager.

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed this 18th day of July 2022.

                                                              /s/ *S. Babu Kaza*
                                                              S. BABU KAZA
                                                              Trial Attorney