# Affidavit

**FILED**
**JUL 25 2022**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

This is evidence on file for case #3:22-cr-00036

These are affidavits of truth from happy and healthy patients and community members regarding my character. This is the second round of character reference letters. 20 Letters were previously submitted. Enclosed here are 22 more letters.

_____     7/22/22
Dr. Juli Mazi                                      Date

