IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULI MAZI,<br><br>    Defendant. | Case No. 22-cr-00036-CRB-1<br><br>**ORDER UNSEALING DKT. 50** |

Defendant provides no basis for sealing ECF No. 50, so it is hereby unsealed.

**IT IS SO ORDERED.**

Dated: August 15, 2022

CHARLES R. BREYER
United States District Judge