# Exhibit A

| | |
|---|---|
| From: | Lloyd-Lovett, Katherine (USACAN) |
| To: | Bradley Wilson |
| Cc: | Kaza, Sridhar Babu (CRM) |
| Subject: | FW: [EXTERNAL] Shamiya |
| Date: | Monday, June 6, 2022 6:48:13 PM |

**From:** Anthony Brass <ajbrass1968@gmail.com>
**Sent:** Thursday, June 2, 2022 2:41 PM
**To:** Kaza, Sridhar Babu (CRM) <Sridhar.Babu.Kaza@usdoj.gov>; Lloyd-Lovett, Katherine (USACAN) <klloyd-lovett@usa.doj.gov>
**Subject:** [EXTERNAL] Shamiya





Anthony J. Brass
Attorney at Law
3223 Webster Street
San Francisco, CA 94123
Tel: (415)922-5462
Fax: (415)346-8987

**+1 (503) 888-9471**

iMessage
Today 10:23 AM

Jaimi, this is Dr. Juli Mazi. I have just formally secured Wind Cloud as my new legal counsel. He is very confident he can get all charges dropped for everyone involved in my case. Please do not sign the plea agreement. Please call him as soon as possible +1 (720) 676-8626

The sender is not in your contact list.

**Report Junk**