FILED

NOV 29 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# AFFIDAVIT

DR. JULI MAZI
11/29/22
ATTN: HONORABLE COURT
CASE # 3:22-cr-00036
AFFIDAVIT OF SOVEREIGN IMMUNITY AND NOTICE TO DISCONTINUE

I AM FIRST NATION. THIS IS AN AFFIRMATION OF MY SOVEREIGN IMMUNITY. THERE IS NO WAIVER OF IMMUNITY. PLEASE RECEIVE THIS AFFIDAVIT AS A NOTICE TO DISCONTINUE PROCEEDINGS WITHOUT PREJUDICE.
THIS IS A STATEMENT OF MY IMMUNITY FOR THE COURT OF RECORD.

_____
JULI MAZI