## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:  November 29, 2022                             Judge:  Honorable Charles R. Breyer

Court Reporter: Marla Knox
Time: 20 Minutes
Case No.: CR 22-00036-1 CRB
Case Name:  USA v. Juli Mazi (Present)(NC)

Attorney(s) for Government: Sridhar Babu Kaza
Attorney(s) for Defendant(s): Juli Mazi (Pro Se)
Probation Officer: Brian Casai

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons for a term of 33 months on each of Counts 1 and 2, all counts to be served concurrently.  Defendant placed on supervised release for a term of 3 years under the standard and special conditions. This term consists of terms of 3 years on each of Counts One and Two, all such terms to run concurrently. Defendant shall pay a special assessment of $200.  The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived.  Refer to Judgment for additional information.   Defendant shall self-surrender to the Bureau of Prisons on or before January 6, 2023.  In the event the designated facility has not been determined, the defendant shall self-surrender to the US Marshal's Office on or before January 6, 2023 at noon, located at 450 Golden Gate Avenue, 20th Floor, San Francisco, CA. The Court advised the defendant of her appellate rights.