# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **California Northern District Court**

U.S. District Court case number: **3:22-cr-00036**

Date case was first filed in U.S. District Court: **7/13/21**

Date of judgment or order you are appealing: **11/29/22**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Dr. Juli Mazi

*FILED DEC 05 2022 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA*

Is this a cross-appeal?  ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

4146 Ashton Dr.

City: **Sacramento**   State: **CA**   Zip Code: **95864**

Prisoner Inmate or A Number (if applicable):

**Signature** [signature]   **Date** 12/1/22

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Dr. Juli Mazi

Name(s) of counsel (if any):
self-representing

Address: 4146 Ashton Dr. Sacramento, CA 95864
Telephone number(s): 503-888-9471
Email(s): dr.julimazi@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
USA

Name(s) of counsel (if any):
Sridhar Babu Kaza

Address:
Telephone number(s):
Email(s): sridhar.babu.kaza@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    1                            Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

[                                                                 ]

Name(s) of counsel (if any):

[                                                                 ]

Address: [                    ]

Telephone number(s): [                    ]

Email(s): [                    ]

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

[                                                                 ]

Name(s) of counsel (if any):

[                                                                 ]

Address: [                    ]

Telephone number(s): [                    ]

Email(s): [                    ]

Name(s) of party/parties:

[                                                                 ]

Name(s) of counsel (if any):

[                                                                 ]

Address: [                    ]

Telephone number(s): [                    ]

Email(s): [                    ]

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                           *Rev. 12/01/2018*

**FROM:**

Dr. Juli Mazi
4146 Ashton Dr.
Sacramento, CA
95864





**TO:**

ATTN: CLERK 16th FLOOR
450 Golden Gate Ave.
San Francisco, CA
94102

**Utility Mailer
10 1/2" x 16"**



Visit **USPS.com** for Shipping Supplies & Services

**PULL TAB TO OPEN**

**93300007**
**Utility Mailer**
**10" x 14"** (usable inside dimension)

♲ Please Recycle

**Utility Mailer**





AIC-093
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.