STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

> 1301 Clay Street, Suite 340S
> Oakland, California 94612
> Telephone: (510) 637-3680
> FAX: (510) 637-3724
> Katherine.Lloyd-Lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-0036 CRB |
| Plaintiff, | DECLARATION OF KATHERINE M. LLOYD-LOVETT IN SUPPORT OF UNITED STATES' MOTION FOR ISSUANCE OF ARREST WARRANT |
| v. | |
| JULI MAZI, | |
| Defendant. | |

I, Katherine M. Lloyd-Lovett, declare as follows:

1. I am the Assistant United States Attorney assigned to the prosecution of the above-referenced case. I make this declaration in support of United States' Motion for Issuance of Arrest Warrant.

2. On January 6, 2023, I emailed Mark Flanagan, who has been appointed counsel for defendant Juli Mazi. I informed him that defendant had been ordered by the Court to self-surrender no later than January 6 at noon. I further informed him that defendant had emailed me a copy of a *pro se* motion addressed to the Ninth Circuit seeking the delay of her surrender date. I also provided Mr. Flanagan with a copy of that motion. Later that day, at 3:04 p.m., I emailed Mr. Flanagan to inform him that defendant did not surrender as ordered by the Court. On the afternoon of January 9, 2023, I emailed

LLOYD-LOVETT DECL. RE MOT. FOR ARREST WARRANT        1
CR 22-0036 CRB

Mr. Flanagan to ask him to confirm when defendant planned to self-surrender and noted that the Ninth Circuit had issued an order stating that it would take no further action on defendant's *pro se* motion to remain out of custody. Mr. Flanagan responded via email shortly thereafter, stating that he does not have information to provide regarding defendant's self-surrender plans and that he does not know her whereabouts.

3. On January 6, 2023, at approximately 3:00 p.m., I called the U.S. Marshals Service at 450 Golden Gate and was informed by an individual in the Operations department that Ms. Mazi had not surrendered that day. On the morning of January 10, 2023, an Investigative Research Specialist from the U.S. Marshals Service reached out to me via telephone and email to confirm that defendant still had not self-surrendered.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 10th day of January 2023.

                                        /s/ *Katherine M. Lloyd-Lovett*
                                        KATHERINE M. LLOYD-LOVETT
                                        Assistant United States Attorney