Certified  
R̶e̶g̶estered Number: 70 20 0640 0000 8480 8252 ~~[struck through numbers]~~

From: Juli-Anne: Mazi  
c/o 4146 Ashton Drive  
Sacramento, California Republic [95864]  
**Attorney in Fact**

Attention: All Clerk of the Courts  
To: All Clerks U.S District Court Northern District of California  
17th Floor 450 Golden Gate Avenue  
San Francisco, CA 94102  
**Respondent**

FILED  
APR − 3 2023  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

February, 22nd, 2023

**RE: Account Number Cases** 3:21-mj-71156-MAG, 3-21-71156-MAG, 3:22-cr-0036-CRB, 3:22-cr-00036-CRB-1, 22-cr-00036-CRB-1, CR 22-00036 CRB, CR-22-00036-001 CRB, DCAN322CR00036-001, USM No. 55102-509, 21MJ71156-MAG-1, 21-16840-NM, 3:22-cr-CRB-1, CR 22-36 CRB, CR 22-0036 CRB, CR 22-0036-1 CRB, 3:21-mj-71156-MAG-1, CR 3-21-71156-MAG

Agreement Number:

# AFFIDAVIT OF NOTICE OF DEFAULT

Washington Republic )  
                     ) ss.  
King County     )

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.  
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

"Indeed, no more than (affidavits) is necessary to make the prima facie case."  
*United States v. Kis*, 658 F. 2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

I, Juli-Anne: Mazi, herein 'Affiant', a living, breathing woman, being first duly sworn, depose, say, and declare by my signature that the following facts are true, correct, and complete to the best of my knowledge and belief.

1. THAT Affiant is competent to state the matters included in his/her declaration, has knowledge of the facts, and declared that to the best of his/her knowledge, the statements made in this affidavit are true, correct, and not meant to mislead;

2. THAT Affiant is the secured party, superior claimant, holder in due course, and principal creditor having a registered priority lien hold interest to all property held in the name of the Debtor, JULI ANNE MAZI, evidenced by UCC-1 Financing Statement #230214-0101000 filed with the U.C.C. division for State of Maryland.

3. THAT the governing law of this private contract is the agreement of the parties supported by the Law Merchant and applicable maxims of law established by silence, acquiescence, and tacit agreement;

4. THAT Affiant, at no time, has willingly, knowingly, intentionally, or voluntarily agreed to subordinate their position as creditor through signature, words, actions, and/or inactions;

5. THAT Affiant, at no time, has requested or accepted extraordinary benefits or privileges from the Respondent, the United States, or any subdivision thereof;

6. THAT Affiant is not a party to any valid contract or compact with Respondent that requires Affiant to perform in any manner, including but not limited to the payment of money to Respondent, nor has Respondent under good faith any contract, agreement, or otherwise to show that the Affiant is required to perform in such manner;

7. THAT on or about February 27, 2023, Affiant sent a BILL OF EXCHANGE, PRESENTMENTS, to the Respondent requesting proof of claim as to the authority, jurisdiction, and in what manner Affiant is to pay debts at law and/or discharge of debt(s) with request for the Respondent to produce and provide Proofs of Claim, other various proofs of claim to support Respondent's presentment(s), and/or a valid, lawful contract/claim;

8. THAT Respondent had ten **(10)** days to respond with proof of claim, point for point; however, Respondent chose to remain silent or otherwise refused to provide said proof of claim(s) and, therefore, has failed to state a claim upon which relief can be granted and has agreed and stipulated to the facts and agreed that the undersigned Secured Party can only discharge said debt via the remedy provided by Congress via HJR-192 with a Bill of Exchange or other appropriate commercial paper.

9. THAT Respondent is given an additional three **(3)** days to contest Respondent's Acceptance as to the stipulated agreement based upon silence, acquiescence, and therein tacit agreement, that all the Affiant can do is discharge the debt via a Bill of Exchange, Bond, or other appropriate commercial paper; and

10. THAT the Respondent is Noticed that Respondent is in Default, failed to contest acceptance, and is in agreement to the undersigned.

Further Affiant saith not.

Dated this ___22nd___ day of February, 2023.

Without Prejudice
Authorized Representative, Attorney-in-Fact,

___Juli-Anne: Mazi___
Juli-Anne: Mazi, Affiant
Attorney in Fact

### NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

### ACKNOWLEDGEMENT

As a Notary Public for said County and State, I do hereby certify that on this __22__ day of February, 2023, that Juli Anne Mazi, the above-mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

_____
NOTARY PUBLIC

My Commission Expires: __07/22/2024__

Notary Signature: __Jerome L. Edwards__

JEROME L. EDWARDS
NOTARY PUBLIC
STATE OF WASHINGTON
License Number 20122440
My Commission Expires July 22, 2024





4146 Ashton Dr
Sacramento

RECEIVED
APR -3 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALL CLERKS OF THE COURT
U.S. District Court Northern CA Dist.
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
APR 03 2023