FILED

APR 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>JULI MAZI,<br><br>　　　　Defendant-Appellant. | No.　22-10311<br><br>D.C. No. 3:22-cr-00036-CRB-1<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

　　　Appellant's motion to seal (Docket Entry No. 28) is granted. The court will file publicly the motion (Docket Entry No. 28) and will file under seal the pro se letter and accompanying documents at Docket Entry No. 27. The court will take no other action on the pro se filings because appellant is represented by counsel.

　　　Appellee has submitted a letter stating that appellant has been remanded into custody and the Bureau of Prisons Inmate Locator confirms this. Appellee's letter (Docket Entry No. 29) is treated as a request to withdraw its motion to dismiss this appeal under the fugitive disentitlement doctrine and is granted. The motion at Docket Entry No. 26 is deemed withdrawn.

　　　The opening brief and excerpts of record are due June 14, 2023. The answering brief is due July 14, 2023. The optional reply brief is due within 21 days after service of the answering brief.